IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J RANCH PRODUCE, INC.,**<br><br>　　　　**Plaintiff**,<br><br>　　v.<br><br>**JOSE CISNEROS dba JC & SONS PRODUCE, and DOES 1 -10, inclusive**<br><br>　　　　**Defendants.** | CV-F-06-1322 AWI NEW<br><br>ORDER CONTINUING HEARING DATE AND GRANTING REQUEST FOR EXTENSION TO FILE APPLICATION FOR DEFAULT JUDGMENT |

　　　The clerk of court entered default in this case against Defendant on February 2, 2007. Since the clerk's entry of default, Plaintiff has not applied for default judgment and there has been no activity in this case. Accordingly, on August 29, 2007, this Court issued a minute order setting a hearing on dismissal for lack of prosecution for September 24, 2007 at 1:30 p.m.

　　　Plaintiff's counsel filed a declaration in opposition on September 17, 2007. Plaintiff's counsel represents that despite diligent efforts Plaintiff was unable to identify a witness capable of providing testimony in support of Plaintiff's application for a default judgment on Plaintiff's claims of trademark and tradename infringement. Counsel further represents that on September 6, 2007, Plaintiff learned that a shipment of grapes bearing Plaintiff's trademark and logo arrived at a warehouse in Porterville, California and that Plaintiff obtained photographs of the grape shipment. Photocopies of these photographs were attached as exhibits to counsel's declaration.

According to counsel, an individual named Jose Robles who was involved in the grape shipment has agreed to provide testimony that he received the labels from Defendant.  Plaintiff, through counsel, requests an additional sixty days to obtain testimony from Robles in support of Plaintiff's application for default judgment.

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 24, 2007, is CONTINUED to November 26, 2007 at 1:30 p.m.  Plaintiff is hereby ordered to file any application for default judgment within sixty days of this order's date of service.  If Plaintiff timely files such application, Plaintiff may then request that the Court vacate the November 26, 2007 hearing.

IT IS SO ORDERED.

**Dated:   September 20, 2007**               /s/ **Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE